IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) No. 06 C 7132 |
| v. | )<br>) Judge Darrah |
| STEPHEN J. WALSH, Individually and d/b/a STEPHEN J. WALSH INCORPORATED, a dissolved Illinois corporation, | )<br>) Magistrate Judge Valdez<br>)<br>) |
| Defendants. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 27, 2006 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon STEPHEN J. WALSH INCORPORATED, a dissolved Illinois corporation was made on the Illinois Secretary of State on February 2, 2007, and a copy of the proof of service was filed with the court on February 16, 2007.

3. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

    $1,420.11 Pension
      $925.00 Attorneys fees
      $523.40 Court costs
    $2,868.51

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants, STEPHEN J. WALSH, Individually and d/b/a STEPHEN J. WALSH INCORPORATED, a dissolved Illinois corporation and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $2,868.51.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

    By: _____
                One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415